IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| LATOSHA MORRIS and VALERIE MORRIS | PLAINTIFFS/ COUNTER- DEFENDANTS |
| v. No. 2:25-cv-162-DPM | |
| NATIONAL INDEMNITY COMPANY | DEFENDANT/ COUNTER CLAIMANT/ THIRD-PARTY PLAINTIFF |
| v. | |
| F&SF FAST & SECURABLE FREIGHT, LLC | THIRD-PARTY DEFENDANT |

ORDER

The Court grants National Indemnity's unopposed motion, *Doc. 5*. Latosha and Valerie Morris's factual allegations are conclusory and insufficient under Arkansas's strict precedent. *E.g. Unum Life Insurance Company of America v. Edwards*, 362 Ark. 624, 210 S.W.3d 84 (2005). Their bad faith claim is dismissed without prejudice.

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 November 2025